IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-171-GCM-DCK

| | |
|---|---|
| GARY WESLEY HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Notice Of Settlement And Request To Stay" (Document No. 8) filed December 7, 2018. The undersigned construes this filing as a motion to stay, and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Notice Of Settlement And Request To Stay" (Document No. 8) is **GRANTED**. This matter is **STAYED** pending further Order of this Court.

**IT IS FURTHER ORDERED** that the parties may file a Stipulation of Dismissal on or before **January 8, 2019**. If the parties are unable to finalize settlement, Defendant shall file an Answer to Plaintiff's Complaint on or before **January 11, 2019**.

Signed: December 12, 2018

David C. Keesler
United States Magistrate Judge